Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CONNOR RICHARDS,** | Case No.: 2:25-cv-03145-PA-MAR |
| Plaintiff, | **NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** |
| vs. | Date: December 15, 2025 |
| **BREEZY LA LLC,** | Time: 1:30 PM |
| Defendant. | Location: First Street U.S. Courthouse, Los Angeles Courtroom 9A, 9th Floor |
| | **[NO ORAL ARGUMENT UNLESS REQUESTED BY COURT]** |

**TO: BREEZY LA LLC:**

**PLEASE TAKE NOTICE** that on Monday, December 15, 2025, at 1:30 PM, Plaintiff Connor Richards (hereinafter "Plaintiff"), through her attorneys of record, will move this Court for a Default Judgment against Breezy LA LLC.

This motion is based upon the instant Notice of Motion, Memorandum of Points and Authorities, the Declaration of Gerald D. Lane, and all papers and records on file herein. No oral argument is requested unless requested by the Court. Additionally, as Plaintiff's counsel is located in Broward County, Florida. Plaintiff's counsel requests that any hearing take place virtually.

Dated: November 19, 2025

          Respectfully Submitted,

**GERALD D. LANE, JR., ESQ.**
California Bar No: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: 754-444-7539

*COUNSEL FOR PLAINTIFF*